IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00936-PAB-MEH

UNITED STATES OF AMERICA

    Plaintiff,

v.

$40,100.00 IN UNITED STATES CURRENCY,

    Defendant.

_____

## MINUTE ORDER
_____

**Entered by Chief Judge Philip A. Brimmer**

    This matter is before the Court on the parties' Status Report – May 8, 2020 [Docket No. 57]. On April 17, 2017, the United States filed its complaint for forfeiture *in rem*. *See* Docket No. 1. On May 25, 2017, Alberto Morales Ramirez filed a claim. *See* Docket No. 8. On February 27, 2018, Mr. Ramirez filed a motion to stay pending the resolution of a related state criminal case in Arapahoe County District Court. *See* Docket No. 26. On March 1, 2018, Magistrate Judge Hegarty granted the motion pursuant to 18 U.S.C. § 981(g)(2), finding that, because the state case is based on the same alleged drug arrest, proceeding in the underlying case would burden Mr. Ramirez's right against self-incrimination. *See* Docket No. 28. Magistrate Judge Hegarty ordered the parties to file status updates, which they have diligently done for over two years.

    Mr. Ramirez appeared for a four-day jury trial in the state criminal case on March 19, 2019. Docket No. 57 at 2, ¶ 3. He appealed his conviction on July 2, 2019, and his appeal remains pending. Colorado Court of Appeals Case No. 2019CA1448.

    Local Civil Rule 41.2 permits a district judge to "order the clerk to close a civil action administratively subject to reopening for good cause." D.C.COLO.LCivR 41.2. This case has been pending for over three years and stayed for over two. *See* Docket Nos. 1, 28. Additionally, Mr. Ramirez's appeal has been pending for nearly one year. *See* Docket No. 57 at 2, ¶ 5. It is unclear when Mr. Ramirez's Colorado Court of Appeals case will be resolved. As a result, the Court finds that there is good cause to administratively close this case until his state appeal is resolved. Either party may move to reopen this case once the related criminal appeal is resolved or for other good cause. Wherefore, it is

**ORDERED** that this case is administratively closed pursuant to D.C.COLO.LCivR 41.2, subject to being reopened for good cause shown.

DATED May 21, 2020.